AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America )<br>v. )<br>TYLER JOE VINSON )<br>)<br>Date of Original Judgment: 06-18-2012 )<br>Date of Previous Amended Judgment: )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 11-00270-001<br>USM No: 12342-003<br><br>Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____112____ months **is reduced to** ___108 months___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated ___06-18-2012___ shall remain in effect.
**IT IS SO ORDERED**.

Callie V. S. Granade U.S. District Judge

Order Date: ___November 6, 2015___

Digitally signed by Callie V. S. Granade U.S. District Judge
DN: cn=Callie V. S. Granade U.S. District Judge, o=Federal Judiciary, ou=U.S. Government, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.11.06 17:12:08 -06'00'

*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*